**No. 42035.**—Protest 940829–G of Madeira Linen Importing Co. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of table covers in chief value of cotton the same as those the subject of *Tausend* v. *United States* (T. D. 46636). The claim at 40 percent under paragraph 923 was therefore sustained.